**IT IS ORDERED as set forth below:**

**Date: December 11, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>TISHA LYNN COX,<br><br>    Debtor. | CASE NO. 13-70818-WLH<br><br>CHAPTER 7 |
| TISHA LYNN COX,<br><br>    Plaintiff,<br><br>v.<br><br>ROBIN RUSSLER-KLEIN and<br>BRUCE N. KLEIN,<br><br>    Defendants. | ADVERSARY PROCEEDING<br>NO. 15-05063-WLH |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

  This matter came before the Court on Defendants Robin Russler-Klein and Bruce N. Klein's Motion to Dismiss Adversary Proceeding for Want of Prosecution Pursuant to F.R.B.P. 7041 ("Motion") (Docket No. 14). A hearing was held on December 10, 2015. Richard Valldejuli appeared on behalf of the Plaintiff, and J. Hayden Kepner appeared on behalf of the

Defendants. At the hearing, the Court heard arguments of the parties. For the reasons stated on the record, which the Court reserves the right to supplement, it is hereby

**ORDERED** that the Defendants' Motion is **DENIED**.

The Clerk is directed to serve a copy of this Order on the Plaintiff, counsel for the Plaintiff, the Defendants, counsel for the Defendants, and other parties in interest.

### END OF DOCUMENT

### DISTRIBUTION LIST

Tisha L. Cox
601 Meadowbrook Dr SE
Marietta, GA 30067

Richard K. Valldejuli, Jr.
Valldejuli & Associates, LLC
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324

Robin Russler-Klein
1019 Pinetree Court
Powder Springs, GA 30127

Bruce N. Klein
1019 Pinetree Court
Powder Springs, GA 30127

J. Hayden Kepner, Jr.
Scroggins & Williamson
1500 Candler Bldg.
127 Peachtree Street, NE
Atlanta, GA 30303